The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:22-cr-00056-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| RAJESH SINGH, | |
| Defendant. | |

THIS MATTER comes before the Court upon the Defendant's Motion to Seal Defendant's sentencing memorandum and accompanying exhibits.  Having considered the entirety of the records and file herein, and finding good cause, the Court hereby GRANTS the motion (Dkt. 57).  Defendant's sentencing memorandum and accompanying exhibits shall be allowed to remain under seal due to the nature of their contents.

DATED this 14th day of October, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*USA v. Rajesh Singh*; No. 2:22-cr-00056-RAJ) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401